An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERENCE K. DICKINSON,
Appellant,
vs.
OCWEN LOAN SERVICING; AND
HSBC BANK USA, NA,
Respondents.

No. 63489

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Proper person appellant seeks to challenge the district court's oral ruling denying a summary judgment. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Only a final, written judgment has any effect, and thus, only a written judgment may be appealed. *Id.* As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21738

cc: Hon. Abbi Silver, District Judge
Terence K. Dickinson
Houser & Allison, APC
Roger P. Croteau & Associates, Ltd.
Eighth District Court Clerk